**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tobin CHAU, Defendant–Appellant.**

No. 00–50443.
D.C. No. CR–99–00339–R.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2001 [*].

Decided July 23, 2001.

[*] The panel unanimously finds this case suitable

**480**

Before KOZINSKI, T.G. NELSON and RICHARD C. TALLMAN, Circuit Judges.

MEMORANDUM **

Tobin Chau appeals his 36–month sentence imposed following the revocation of his supervised release. We have jurisdiction under 28 U.S.C. § 1291 and 18 U.S.C. § 3742. We vacate and remand for resentencing.

Chau contends that his sentence must be vacated because the district court; (1) failed to consider the relevant sentencing factors; and (2) failed to state, in open court, its specific reasons for upwardly departing from the sentence recommended by the policy statements concerning revocation of supervised release. *See* 18 U.S.C. §§ 3553(a) and 3553(c)(2), respectively.

We conclude that the district court failed to comply with section 3553(c)(2). We therefore vacate Chau's sentence and remand for resentencing. *See United States v. Musa,* 220 F.3d 1096, 1101 (9th Cir. 2000) (stating that, under 18 U.S.C. § 3553(c), the district court's reason for departure must be sufficiently specific to allow reviewing court to conduct a meaningful review).

VACATED and REMANDED

for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.